# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> ROMALDO ESPINAL <br> *Defendant* | ) <br> ) <br> ) Case No. S13-11-CR-755 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROMALDO ESPINAL.

Date: 09/20/2013

*Attorney's signature*

BARRY A. WEINSTEIN
*Printed name and bar number*

888 Grand Concourse
Bronx, New York
10451
*Address*

bweinstein2248@gmail.com
*E-mail address*

(718) 665-9000
*Telephone number*

(718) 665-9147
*FAX number*